TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Sylvia Casaus

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvia Casaus, <br><br> Plaintiff, <br><br> vs. <br><br> Data Check of Nevada, LLC, <br><br> Defendant. | Case No.: 1:16-cv-00740-DAD-SAB <br><br> **ORDER** |

The Court, having read and considered Plaintiff's Motion to Continue the Scheduling Conference Set for August 1, 2016, and Corresponding Deadlines, and for good cause, IT IS HEREBY ORDERED that the Scheduling Conference is continued to October 3, 2016 at 9:45 a.m. before Magistrate Judge Stanley A. Boone.

It is further ORDERED that the corresponding meet and confer and submit a joint scheduling conference report one week before the new conference date.

IT IS SO ORDERED.

Dated: __**July 13, 2016**__

UNITED STATES MAGISTRATE JUDGE