# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CASAUS,<br><br>  Plaintiff,<br><br> v.<br><br>DATA CHECK OF NEVADA, LLC,<br><br>  Defendant. | Case No. 1:16-cv-00740-DAD-SAB<br><br>ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DATA CHECK OF NEVADA, LLC, AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS MOOT<br><br>(ECF Nos. 9, 11) |

Pursuant to the stipulation of the parties to set aside default (ECF No. 13), IT IS HEREBY ORDERED that:

1. The entry of default on July 28, 2016, is set aside (ECF No. 9);
2. Plaintiff's motion for default judgment (ECF No. 11) is denied as moot;
3. Plaintiff's first amended complaint (ECF No. 14) is the operative complaint in this matter; and
4. The scheduling conference in this matter is reset for December 5, 2016, at 3:00 p.m.

IT IS SO ORDERED.

Dated:  **October 17, 2016**

UNITED STATES MAGISTRATE JUDGE

1