UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CASAUS,<br><br>            Plaintiffs,<br><br>     v.<br><br>DATA CHECK OF NEVADA, LLC;<br>DATA CHECK OF AMERICA, LLC,<br><br>            Defendants. | No.  1:16-cv-000740-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT DATA CHECK OF NEVADA, LLC<br><br>(Doc. No. 17) |

On November 1, 2016, plaintiff filed a notice of voluntary dismissal of defendant Data Check of Nevada, LLC from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 17.)  Defendants have not filed a responsive pleading in this action.  In light of this, defendant Data Check of Nevada, LLC has been dismissed without prejudice.  S*ee* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the court directs the Clerk of Court to terminate defendant Data Check of Nevada, LLC from this action.  The action now proceeds only against defendant Data Check of America, LLC.

IT IS SO ORDERED.

Dated:  **November 2, 2016**                         
                                                                UNITED STATES DISTRICT JUDGE

1