TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Sylvia Casaus

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvia Casaus,<br><br>            Plaintiff,<br><br>      vs.<br><br>Data Check of America, LLC,<br><br>            Defendant. | Case No.: 1:16-cv-00740-DAD-SAB<br><br>**ORDER** |

The Court, having read and considered Plaintiff's Motion to Continue Scheduling Conference Set for December 5, 2016, and for good cause shown, IT IS HEREBY ORDERED GRANTING Plaintiff's Motion. The Scheduling Conference is continued to January 24, 2017 at 10:30 a.m. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **November 9, 2016**

UNITED STATES MAGISTRATE JUDGE