UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CASAUS,<br><br>                    Plaintiff,<br><br>         v.<br><br>DATA CHECK OF AMERICA, LLC,<br><br>                    Defendant. | No.  1:16-cv-00740-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 21) |

On December 6, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 21.)  Defendant has not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the court directs the Clerk of Court to close this case.[1]

IT IS SO ORDERED.

   Dated:  **December 7, 2016**                              /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The pending motion to continue (Doc. No. 19) is dismissed as having been rendered moot by this order.  All court dates and deadlines previously set in this action are hereby vacated.

1